Henry J. Mierke, as administrator, etc., against the Jefferson County Savings Bank.

PER CURIAM. Judgment (134 N. Y. Supp. 44) affirmed, with costs.

KRUSE, J., dissents.

---

MILLER, Appellant, v. MEYERS, Respondent. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Albert Miller, also known as "the great Howard," against Joe Meyers. A. F. Driscoll, for appellant. G. E. Joseph, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, on the authority of Brooks v. Racich Asbestos Co., 137 App. Div. 208, 123 N. Y. Supp. 1108. Order filed. See, also, 75 Misc. Rep. 297, 135 N. Y. Supp. 73.

---

MILLS et al. v. KNICKERBOCKER HAT CO. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by L. Hayworth Mills and others against the Knickerbocker Hat Company. No opinion. Application denied, with $10 costs. Order signed. See, also, 135 N. Y. Supp. 5.

---

MITCHELL, Respondent, v. PETER COOPER'S GLUE FACTORY, Appellant. (Supreme Court, Appellate Division, Second Department. May 2, 1912.) Action by Michael Mitchell against Peter Cooper's Glue Factory. No opinion. Judgment and order unanimously affirmed, with costs.

---

MIZAK, Respondent, v. CARBORUNDUM CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 15, 1912.) Action by Paul Mizak against the Carborundum Company. No opinion. Order (75 Misc. Rep. 205, 132 N. Y. Supp. 1104), affirmed, with $10 costs and disbursements.

---

MOLONEY, Appellant, v. PRATT et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Action by John Moloney, as executor, etc., of Laura G. Barnard, deceased, against Charles N. Pratt and others. No opinion. Order and judgment unanimously affirmed, with costs, on the authority of Rogers v. Patterson, 79 Hun, 483, 29 N. Y. Supp. 963, affirmed 150 N. Y. 560, 44 N. E. 1128.

---

MOONEY, Respondent, v. LEVENSON, Appellant. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Thomas J. Mooney against Morris Levenson. A. Rosenstein, for appellant. G. M. Hulbert; for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

MOORE, Appellant, v. LOMB, Respondent. (Supreme Court, Appellate Division, Fourth De-

partment. May 8, 1912.) Action by Jennie Moore against Carl F. Lomb.

PER CURIAM. Judgment affirmed, with costs.

SPRING, J., dissents. FOOTE, J., not sitting.

---

MORGAN et al., Appellants, v. UNITED STATES MORTGAGE & TRUST CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 15, 1912.) Action by J. Hewitt Morgan and another, as trustees, etc., against the United States Mortgage & Trust Company.

PER CURIAM. Judgment and orders affirmed, with costs. See same case, on former appeal, 125 App. Div. 22, 109 N. Y. Supp. 274. See, also, 128 App. Div. 915, 112 N. Y. Supp. 1138.

McLENNAN, P. J., and ROBSON, J., dissent.

---

MORTON, Respondent, v. DONCHIAN et al., Appellants. (Supreme Court, Appellate Division, First Department. May 31, 1912.) Action by J. Hatfield Morton against Dikran B. Donchian and another. C. B. Bretzfelder, for appellants. J. B. Engel, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

MOSES, Appellant, v. SALOMON, Respondent. (Supreme Court, Appellate Division, First Department. May 17, 1912.) Action by Moss F. Moses against Walter J. Salomon. C. J. Heermance, for appellant. W. H. Bond, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 135 N. Y. Supp. 408.

---

MURPHY, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. May 31, 1912.) Action by William M. Murphy, as administrator, against the City of New York. W. L. Kiloullen, for appellant. H. Crone, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

MURRAY & HILL CO. v. BOREAS REALTY CO. et al. (Supreme Court, Appellate Division, First Department. May 10, 1912.) Action by the Murray & Hill Company against the Boreas Realty Company and others. E. W. S. Johnstone, for appellant. G. P. Brush, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, infra.

---

MURRAY & HILL CO. v. BOREAS REALTY CO. (Supreme Court, Appellate Division, First Department. June 7, 1912.) Action by the Murray & Hill Company against the Boreas Realty Company. With this case have been consolidated in this court cases bearing titles as follows: Agnes K. M. Mulligan v. David B.